# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GEORGE RAHSAAN BROOKS,             : No. 40 WM 2014
                                   :
          Petitioner  :
                                   :
                                   :
                                   :
        v.               :
                                   :
                                   :
                                   :
JEFFREY A. MANNING, PRESIDENT      :
JUDGE OF THE COURT OF COMMON       :
PLEAS OF ALLEGHENY COUNTY,         :
                                   :
         Respondent  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 8th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.